**Richard D. BAMRICK, Petitioner—Appellant,**

v.

**Silva GARCIA, Respondent—Appellee.**

No. 06–55080.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 4, 2010.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Richard D. Bamrick, Lancaster, CA, pro se.

David A. Voet, AGCA—Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

California state prisoner Richard D. Bamrick appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Bamrick contends that similar to *Gibson v. Ortiz,* 387 F.3d 812, 822 (9th Cir.2004), the interplay of CALJIC Nos. 2.50 and 2.50.1 lowered the prosecution's burden of proof at trial, resulting in a structural error requiring automatic reversal. Because the error is not structural, we review for harmlessness. *See Byrd v. Lewis,* 566 F.3d 855, 867 (9th Cir.2009). We conclude that Bamrick has failed to show that the error had a substantial and injurious effect on the verdict because the jury made spe-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

cial factual findings beyond a reasonable doubt regarding the underlying facts of the case. *See Brecht v. Abrahamson,* 507 U.S. 619, 637–38, 113 S.Ct. 1710, 123 L.Ed.2d 353 (1993).

Panel does not grant en banc review.

**AFFIRMED.**